COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Senior Care Living VI, LLC and Mark Bouldin v. Preston Hollow Capital, LLC, UMB Bank, N.A., and TMI Trust Company |
| Appellate case number: | 01-21-00602-CV |
| Trial court case number: | 19-DCV-265897 |
| Trial court: | 458th District Court of Fort Bend County |

On November 1, 2021, Appellants, Senior Care Living VI, LLC and Mark Bouldin, have appealed from the trial court's August 4, 2021 Final Judgment and Order Appointing Post-Judgment Receiver. In its Final Judgment, the trial court awarded damages of approximately $50 million, in favor of Appellees, Preston Hollow Capital, LLC, UMB Bank, N.A., and TMI Trust Company (collectively, "appellees").

The clerk's record in this appeal was filed on December 17, 2021. After multiple extensions were granted, the reporter's record was filed on May 25, 2022. Accordingly, Appellants' brief(s) were initially due to be filed no later than June 24, 2022. *See* TEX. R. APP. P. 38.6(a). Following extensions, Appellants' briefs were filed September 19, 2022.

Appellees' brief(s) were therefore initially due to be filed no later than October 19, 2022. *See* TEX. R. APP. P. 38.6(b). Following extensions, Appellees' briefs were filed on December 2, 2022.

Separately, on July 6, 2022, Appellees filed a "Supplemental [Texas Rule of Appellate Procedure] 24.4 Motion for Review of Supersedeas Ruling," challenging the trial court's July 6, 2022 supersedeas order regarding the deposit in lieu of bond paid by Senior Care. Also on July 6, 2022, Senior Care filed a "Motion for Review Under Rule 24.4," challenging the trial court's July 6, 2022 supersedeas order.

On July 28, 2022, Appellees filed a motion to dismiss Senior Care's motion to review the July 6, 2022 supersedeas order. The parties also filed responses to these cross-motions as well as replies in support of their respective motions.

On January 31, 2023, the Court issued its opinion on the parties' cross-motions to review the trial court's July 6, 2022 supersedeas order, as well as Appellees' motion to dismiss Senior Care's motion to review the trial court's July 6, 2022 supersedeas order.

On January 11, 2023, Appellees filed a "Rule 24.4 Motion for Review of Supersedeas Ruling as to Appellant Mark C. Bouldin," challenging the trial court's November 15, 2022 supersedeas order regarding the deposit in lieu of bond paid by Bouldin.

On January 18, 2023, Appellees filed a "Motion for Expedited Consideration of Case Merits and Pending Motions," requesting that this Court "expedite its consideration of the case merits and pending motions in the interest of justice." *See* TEX. R. APP. P. 40.1 (tilted "Order of Decision"). In their motion, Appellees state that this "case has been long-delayed," and has been "on file for more than [fourteen] months without submission for consideration," which is "more than double the statewide 6.6-month average" of Texas appellate cases.

This Court generally sets an appeal "at-issue," making it ripe for submission, after all appellees have filed their briefs. Here, while the final judgment appealed was entered on August 4, 2021, Appellees did not file their briefs until December 2, 2022, thirteen months after Appellants' notice of appeal was filed, and more than six months after the appellate record was completed.

As Appellees note in their motion, the order of decisions for appellate courts is governed by Texas Rule of Appellate Procedure 40.1, which states that the "court of appeals may determine the order in which civil cases will be decided." *See* TEX. R. APP. P. 40.1. There is a limited category of cases that are entitled to "precedence," including: (a) a case given precedence by law; (b) an accelerated appeal; and (c) a case that the court determines should be given precedence in the interest of justice. *Id.*

We conclude that this appeal does not meet any of these criteria. We dismiss the motion to expedite as moot with respect to the motions disposed of in this Court's January 31, 2023 opinion. The Court will consider the January 11, 2023 motion for review of the trial court's November 15, 2022 supersedeas order at the earliest practicable time. *See* TEX. R. APP. P. 24.4(d).

Appellees' Motion for Expedited Consideration is **denied**.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                            ☑ Acting individually     ☐ Acting for the Court

Date: __February 2, 2023_____

2